**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Susan Lorna Theall
Attorney at Law
1304 Lafayette Street
Lafayette LA 70501

Christine M. Mire
The Theall Firm, LLC
1304 Lafayette St.
Lafayette LA 70501

**REHEARING ACTION: April 23, 2008**

**Docket Number: 07   00988-CA**

**STEPHEN SCULL THOMSON**
**VERSUS**
**LILY MARIE STEEL THOMSON**

**Appealed from Lafayette Parish Case No. 20040128**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lily Marie Steel Thomson** has this day been

    **DENIED.**
    Cooks, J., would grant.

cc: Philip Collins Kobetz, Counsel for the Appellee